IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF ) <br> THOMAS EDWARD WEIERS, JR., ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 43715, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:24-mc-208 |

## **ORDER**

WHEREAS this Court suspended Attorney Thomas Edward Weiers, Jr. ("Attorney Weiers") for a period of one year from practice before the United States District Court for the Western District of Pennsylvania, effective retroactively to January 23, 2024, ECF #2, which discipline was reciprocal to an order of the Supreme Court of Pennsylvania dated January 23, 2024, entered in Disciplinary Proceeding Number 79 DB 2023;

WHEREAS, at the time of this reciprocal one-year suspension, Attorney Weiers remained reciprocally administratively suspended from the Bar of this Court, pursuant to an order dated May 4, 2022, In re: Administratively Suspended Attorneys, 2:18-mc-846 (ECF No. #69);

WHEREAS Attorney Weiers was reinstated to the Bar of the Commonwealth of Pennsylvania by order of the Supreme Court of Pennsylvania dated March 14, 2025, and is reported to be in Active Status with the Pennsylvania Bar; and

WHEREAS Attorney Weiers has filed a petition for reinstatement to the Bar of the United States District Court for the Western District of Pennsylvania, ECF #3.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Weiers shall be reinstated to the Bar of this Court, effective as of the date of this Order, pursuant to pursuant to Local Civil Rule 83.3G(3);

2

IT IS FURTHER ORDERED that the Clerk of Court is directed to change Attorney Weiers' status in this Court's attorney admission records to "Active" and to reactivate his CM/ECF Filing User account; and

IT IS FINALLY ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney Weiers at the electronic mail address that he used to submit his reinstatement petition to the Clerk for filing on his behalf.

Date: August 11, 2025 /s/ *Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge